Curtiss CANADAY, Appellant,

v.

ALLIEDSIGNAL, INC., Respondent.

No. WD 54483.

Missouri Court of Appeals, Western District.

March 24, 1998.

Rehearing Denied April 28, 1998.

Curtiss Canaday, Grandview, pro se.

David Sosinski, Kansas City, for Respondent.

Before LOWENSTEIN, P.J., and BRECKENRIDGE and HANNA, JJ.

## ORDER

PER CURIAM.

Plaintiff, Curtiss Canaday filed a suit for damages pursuant to § 287.780 against an employer for wrongful discharge, alleging that he was terminated, in retaliation for filing a worker's compensation suit. The defendant, AlliedSignal, filed a motion for summary judgment on the ground that an arbitrator's award in its favor collaterally estopped Canaday's lawsuit. The trial court granted defendant's motion and the plaintiff appealed. We affirm. Rule 84.16(b).